Argued and submitted June 8, reversed and remanded for reconsideration
August 4, 1993

In the Matter of the Compensation of
Bertha Paniagua, Claimant.

Bertha PANIAGUA,
*Petitioner,*

*v.*

LIBERTY NORTHWEST
INSURANCE CORPORATION
and Woodburn Child Care Clinic,
*Respondents.*

(WCB 92-00275; CA A77730)

856 P2d 342

Edward J. Harri, Salem, argued the cause for petitioner. With him on the brief were Stanley Fields and Law Offices of Michael B. Dye, Salem.

Alexander Libmann, Portland, argued the cause for respondents. On the brief was James D. McVittie, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

**PER CURIAM**

In this workers' compensation case, claimant contended that her claim was prematurely closed and that notice, pursuant to OAR 436-30-035(7), was inadequate. The Board addressed the merits of claimant's contention without first addressing the alleged irregularity of the notice. Employer concedes that that issue should have been reached before reaching the merits of claimant's contention. We accept the concession and remand to the Board for reconsideration.

Reversed and remanded for reconsideration.